**STATE of Missouri, Respondent,**

v.

**Ronald Dale DILLARD, Appellant.**

**No. WD 65929.**

Missouri Court of Appeals, Western District.

Dec. 5, 2006.

Alice K. Wasson, Esq., Sedalia, MO, for Appellant.

Terrence M. Messonnier, Esq., Lexington, MO, for Respondent.

Before SMART, P.J., EDWIN H. SMITH and HARDWICK, JJ.

### *ORDER*

PER CURIAM.

Ronald Dillard challenges the sufficiency of the evidence to support his conviction for driving while his license was suspended, a violation of Section 302.321, RSMo.

2000. Upon review of the briefs and the record, we find no error and affirm the conviction. No jurisprudential purpose would be served by a published opinion; however, we have provided the parties with a Memorandum explaining the reasons for our decision.

AFFIRMED. Rule 30.25(b).